IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WAYNE R. KREBS

No. CV 06-1795-JE

       Plaintiff,

JUDGMENT

   v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.

**MOSMAN, J.**,

     Based on the Opinion and Order of the court filed March 19, 2008 (#18) adopting the

Magistrate Judge's Findings and Recommendations (#16),

     IT IS ORDERED AND ADJUDGED that the Commissioner's decision is REVERSED

and REMANDED for further proceedings at step five of the disability analysis process.

     DATED this  19th  day of March, 2008.

                     /s/ Michael W. Mosman
                     MICHAEL W. MOSMAN
                     United States District Judge

PAGE 1 - JUDGMENT