UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | | |
|---|---|---|
| WAYNE KREBS, | ) | |
| | ) | |
| Plaintiff, | ) | CV 06-1795-JE |
| | ) | |
| vs. | ) | ORDER AWARDING FEES |
| | ) | PURSUANT TO THE EQUAL ACCESS |
| MICHAEL J. ASTRUE, | ) | TO JUSTICE ACT |
| Commissioner of Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $7,400.00 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The EAJA fees are payable to attorney Rory Linerud and are to be sent directly to Rory J. Linerud. Attorney fees of $7,400.00 are hereby awarded. No costs or expenses to be paid herein.

IT IS SO ORDERED.

DATED this __29th__ day of __April__, 2008

    __/s/ John Jelderks__
    JOHN JELDERKS
    United States Magistrate Judge

Presented by:
S/RORY J. LINERUD
LINERUD LAW FIRM, OSB # 97006
PO Box 1105
Salem, OR 97308-1105
503-587-8776
Attorney for Plaintiff
rorylinerud@hotmail.com

ORDER - FEES PURSUANT TO THE EQUAL ACCESS TO JUSTIC ACT
Page 1